UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER WILLIAMS, JR,<br><br>                             Plaintiff,<br><br>        -against-<br><br>NEW YORK STATE DEPARTMENT OF<br>CORRECTION AND COMMUNITY<br>SUPERVISION,<br><br>                             Defendant. | 23-CV-10407 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 30, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 30, 2024
         New York, New York

                                            /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge